**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1108

PHILLIP B. ANDERSON,

Plaintiff - Appellant,

versus

GEORGE W. BUSH; JANET RENO; STATES ATTORNEY;
6 UNKNOWN AGENCY FROM THE STATE OF ILLINOIS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-03-630-3)

Submitted:  March 25, 2004          Decided:  April 1, 2004

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip B. Anderson, Appellant Pro Se.  Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip B. Anderson appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Anderson v. Bush, No. CA-03-630-3 (E.D. Va. Dec. 10, 2003 & Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED